1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KNAPP, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY SYNTHES SALES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01153-TLN-DAD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)** |

1  The Court, having considered the parties' Stipulation to Extend Deadline to File Joint Status
2  Report Pursuant to Federal Rule of Civil Procedure 26(f), and good cause appearing,
3  IT IS HEREBY ORDERED:
4  1.  The Stipulation is approved; and
5  2.  The Court will continue the August 9, 2013 deadline to file the joint status report until
6  fourteen (14) days after the Court issues an order on DePuy Synthes' Motion to Dismiss Plaintiff
7  Gregory Knapp's Complaint (D.E. 7), as stipulated and agreed to by the parties.
8  IT IS SO ORDERED.

DATE:  August 9, 2013

Troy L. Nunley
United States District Judge

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**