1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KNAPP, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY SYNTHES SALES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01153-TLN-DAD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)** |

1  The Court, having considered the parties' Stipulation to Extend Deadline to File Joint Status Report Pursuant to Federal Rule of Civil Procedure 26(f), and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved; and

2. The Court will continue the August 9, 2013 deadline to file the joint status report until fourteen (14) days after the Court issues an order on DePuy Synthes' Motion to Dismiss Plaintiff Gregory Knapp's Complaint (D.E. 7), as stipulated and agreed to by the parties.

IT IS SO ORDERED.

DATE:  August 9, 2013

_____
Troy L. Nunley
United States District Judge

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**